

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2019

No. 04-19-00710-CV

**IN THE INTEREST OF G.A.M, M.A.S.B. & G.E.E., CHILDREN,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA02590
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant P.B.'s parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*.

P.B.'s brief was originally due to be filed on November 21, 2019. On November 24, 2019, P.B.'s court-appointed counsel filed a motion requesting an extension of twenty (20) days to file the brief. The motion is GRANTED. P.B.'s brief must be filed no later than December 11, 2019. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2019.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court